■ JODY CLEVELAND, by His Mother and Natural Guardian, AIMEE LANDRY, Appellant, v LOUISE DJEU, Respondent, et al., Defendants. [54 NYS3d 868]—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Baynes, J.), dated July 7, 2015, which denied his motion to set aside, on the ground of inadequacy, the jury verdict on the issue of damages, or for a new trial on the issue of damages only.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on the companion appeal (see Cleveland v Djeu, 152 AD3d 483 [2017] [decided herewith]). Dillon, J.P., Hinds-Radix, LaSalle and Connolly, JJ., concur.